IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GARCIA,

    Plaintiff,                              2:05-cv-2372-GEB-PAN (JFM)- P

   vs.

HIGH DESERT STATE PRISON,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner prosecuting this civil rights action without counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 22, 2006, the magistrate judge filed findings and recommendations herein which were duly served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        A party appearing without counsel must notify the clerk and all parties of any address change.   L.R. 83-183(b).  Absent such notice, service of papers on the prior address is effective.  L.R. 83-182(d).

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1.  The findings and recommendations filed March 22, 2006, are adopted in full;
5  and
6      2.  This action is dismissed without prejudice.
7  Dated:  May 12, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge