IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GARCIA,

      Plaintiff,                       No. CIV S-05-2372 GEB EFB P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a prisoner without counsel, seeks relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 28, 2006, the court dismissed plaintiff's complaint with leave to amend within 120 days. Plaintiff's sister, who is not an attorney, sought leave to represent plaintiff upon the ground plaintiff is not competent to represent himself and the court informed her that plaintiff cannot assign his right to appear *pro se* to another person. On October 18, 2006, plaintiff's sister filed a request for an extension of time for her to find an attorney to represent plaintiff. She asserts she has contacted a number of attorneys without success and she is continuing her search.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The October 18, 2006 request for an extension of time is granted;

////

2. Plaintiff is granted 60 days from the date of this order to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b);  L. R. 11-110.

DATED:   December 12, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE