IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GARCIA,

      Plaintiff,                    No. CIV S-05-2372 GEB EFB P

     vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

/

      On July 28, 2006, the court dismissed plaintiff's complaint, *inter alia*, for failure to state a claim upon which relief could be granted, explained the complaint's deficiencies, gave plaintiff 120 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.  On December 12, 2006, the court gave plaintiff an additional 60 day to file an amended complaint and, once again, warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

      The 60-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  March 1, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE